```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 43137
    JOE J PODYMA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-8831

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/19/2004 and was confirmed 01/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was dismissed after confirmation 03/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED           10250.00         631.13       10250.00
CARMAX AUTO FINANCE        UNSECURED          4407.12            .00         788.95
GMAC MORTGAGE              CURRENT MORTG          .00            .00            .00
SHELL MASTERCARD           UNSECURED         NOT FILED           .00            .00
RESURGENT ACQUISITION LL   UNSECURED          5261.18            .00         941.86
SHERMAN ACQUISITION        UNSECURED         10214.24            .00        1828.53
ECAST SETTLEMENT CORP      UNSECURED         11010.43            .00        1971.08
ECAST SETTLEMENT CORP      UNSECURED          6120.18            .00        1095.63
GARDEN STATE CONSUMER CR   UNSECURED         NOT FILED           .00            .00
PEOPLES BANK               UNSECURED         NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,655.20                      2,655.20
TOM VAUGHN                 TRUSTEE                                          1,189.62
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  21,352.00

PRIORITY                                             .00
SECURED                                        10,250.00
    INTEREST                                      631.13
UNSECURED                                       6,626.05
ADMINISTRATIVE                                  2,655.20
TRUSTEE COMPENSATION                            1,189.62
DEBTOR REFUND                                        .00
                          ---------------      ---------------
TOTALS                   21,352.00             21,352.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 43137 JOE J PODYMA

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
Dated: 05/26/08                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```